| | |
|---|---|
| 1 | LONNIE D. GIAMELA, SBN 228435 |
| | E-Mail: lgiamela@fisherphillips.com |
| 2 | DEVIN RAUCHWEGER, SBN 274234 |
| | E-Mail: drauchwerger@fisherphillips.com |
| 3 | FISHER & PHILLIPS LLP |
| | 444 S. Flower Street, Suite 1500 |
| 4 | Los Angeles, CA 90071 |
| | Telephone: (213) 330-4500 |
| 5 | Facsimile: (213) 330-4501 |
| 6 | Attorneys for Defendant |
| 7 | IT'SUGAR, LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ALVINA JUDKINS, an individual, | Case No.: |
|---|---|
| Plaintiff, | **DEFEDANT'S CERTIFICATE OF INTERESTED PARTIES** |
| v. | |
| IT'SUGAR LLC, a Limited Liability Company, and DOES 1 through 50, inclusive, | (Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446) |
| Defendants. | (Originally filed in Los Angeles Superior Court, Case No. BC 716662) |
| | Complaint Filed: August 2, 2018 |
| | Trial Date: None |

**TO PLAINTIFF AND HER COUNSEL OF RECORD AND TO THE CLERK FOR THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

The undersigned counsel of record for Defendant, IT'SUGAR, LLC ("Defendant") certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualifications or recusal.

1. It'Sugar, LLC, is a Defendant in this action. It'Sugar, LLC is organized in Delaware.

2. It'Sugar Holdings, LLC is a Florida LLC and a member of It'Sugar, LLC.

3. JR Sugar Holdings, Inc. is a Delaware corporation and a member of It'Sugar, LLC.

4. Beazley Syndicate of Lloyd's provides EPLI coverage to It'Sugar, LLC.

5. BBX Capital Corporation is a Florida corporation and the parent company of the It'Sugar brand.

Date: November 21, 2018

FISHER & PHILLIPS LLP

By: /s/Devin Rauchwerger
LONNIE D. GIAMELA
DEVIN RAUCHWERGER
Attorneys for Defendant
IT'SUGAR, LLC

# CERTIFICATE OF SERVICE

I, the undersigned, the undersigned, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 444 S. Flower Street, Suite 1500, Los Angeles, California 90071.

On **November 21, 2018**, I served the foregoing document entitled **DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES**; on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| Edward W. Choi, Esq.<br>Paul M. Yi, Esq.<br>LAW OFFICES OF CHOI & ASSOCIATES, APLC<br>515 S. Figueroa St., Suite 1250<br>Los Angeles, CA 90071 | Attorney for Plaintiff,<br>ALVINA JUDKINS<br><br>Telephone: (213) 381-1515<br>Facsimile: (213) 465-4885 |

☒ **[by MAIL]** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☐ **[by ELECTRONIC SUBMISSION]** I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☐ **[by FEDERAL EXPRESS]** I am readily familiar with the firm's practice for collection and processing of correspondence for overnight delivery by Federal Express. Under that practice such correspondence will be deposited at a facility or pick-up box regularly maintained by Federal Express for receipt on the same day in the ordinary course of business with delivery fees paid or provided for in accordance with ordinary business practices.

☒ **FEDERAL** - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **November 21, 2018**, at Los Angeles, California.

Karla P. Gonzalez     By: _____
  Print Name                       Signature

---

1
CERTIFICATE OF SERVICE

FPDOCS 34724085.1