JS-6

Edward W. Choi, SBN 211334
edward.choi@choiandassociates.com
Paul M. Yi, SBN 207867
paul.yi@choiandassociates.com
LAW OFFICES OF CHOI & ASSOCIATES
515 S. Figueroa St., Suite 1250
Los Angeles, CA 90071
Telephone: (213) 381-1515
Facsimile: (213) 465-4885

Attorneys for Plaintiff ALVINA JUDKINS

LONNIE D. GIAMELA, SBN 228435
E-Mail: lgiamela@fisherphillips.com
DEVIN RAUCHWERGER, SBN 274234
E-Mail: drauchwerger@fisherphillips.com
FISHER & PHILLIPS LLP
444 South Flower Street, Suite 1500
Los Angeles, California 90071
Telephone: (213) 330-4500
Facsimile: (213) 330-4501

Attorneys for Defendant IT'SUGAR, LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALVINA JUDKINS,<br><br>Plaintiff,<br><br>v.<br><br>IT'SUGAR LLC, a Limited Liability Company, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. CV 18-9824-GW-PJWx<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

- 1 -
[PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE

## ORDER

The Stipulation is approved. The entire action, including all claims stated herein against IT'SUGAR LLC is hereby dismissed with prejudice.

Dated: May 29, 2019

_____
HON. GEORGE H. WU,
U.S. District Judge